JOHN MEYER
225629
16024 W. Brian Ave.
Kerman, CA 93630
Telephone: (559) 385-1565

Attorney for Pornthep Vongsoury

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00121-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING; FINDINGS AND ORDER |
| v. | |
| PORNTHEP VONGSOURY | DATE: January 29, 2021<br>TIME: 9:30 p.m.<br>COURT: Hon. Dale A. Drozd |
| Defendants. | |

**STIPULATION**

1.  By previous order, this matter was set for sentencing on January 29th, 2016 at 9:30 p.m.

    a)   By this stipulation, defense now moves to continue the sentencing until February 12th, 8:30 a.m.  The parties agree and stipulate, and request that the Court find the following:

    b)   Defense counsel is still waiting for a translation of a letter of support from the Lao language to the English language.  The translator has a copy of the letter, and has indicated that the letter should be ready later this week.  Defense counsel does not know what the letter says.

    c)   In order for defense counsel to prepare for sentencing, as well as to give time for the court and the parties to read the letters of support for Mr. Vongsoury, defense counsel moves that the court find good case to continue sentencing to the above-mentioned date.

    d)   Counsel for defendant believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation for sentencing.

    e)   The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a speedy sentencing.

IT IS SO STIPULATED.

Dated: January 25, 2021

BENJAMIN B. WAGNER
United States Attorney

/s/ Katherine Schuh
Katherine Schuh
Assistant United States Attorney

Dated: January 25, 2021

/s/ JOHN MEYER
John Meyer
Counsel for Pornthep Vongsoury

**ORDER**

IT IS SO ORDERED.

Dated: **January 25, 2021**

UNITED STATES DISTRICT JUDGE

STIPULATION RE: TRIAL; [PROPOSED] FINDINGS AND ORDER

2