1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN J. GILIO
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00121-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | JUDGE: Hon. Sheila K. Oberto |
| PORNTHEP VONGSOURY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for November 9, 2022, at 2:00 p.m. be continued until November 23, 2022, at 2:00 p.m. Defense is asking for this continuance for additional time to review the discovery in the case. No time exclusion is necessary, as the charging instrument is a petition for violation of supervised release.

 

                                                                         Respectfully submitted,

                                                                          PHILLIP A. TALBERT
                                                                          United States Attorney

DATED: November 7, 2022                      */s/ Justin J. Gilio*
                                                                          JUSTIN J. GILIO
                                                                          Assistant United States Attorney
                                                                          Attorney for Plaintiff

DATED: November 7, 2022

*/s/ Michael Berdinella*
MICHAEL BERDINELLA
Attorney for Defendant

# **O R D E R**

**IT IS SO ORDERED** that the status conference currently scheduled for November 9, 2022, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe be **continued until November 23, 2022, at 11:00 a.m.  before Magistrate Judge Erica P. Grosjean.**

IT IS SO ORDERED.

Dated:   **November 7, 2022**           /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE