```
JAMES R. HOMOLA   #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111
Facsimile: (559) 441-7115

Attorney for Defendant
PORNTHEP VONGSOURY
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No 1: 19 CR 121 JLT-SKO |
|---|---|
| Plaintiff, | MOTION TO TERMINATE CJA APPOINTMENT OF JAMES R. HOMOLA AS ATTORNEY OF RECORD |
| V. | |
| PORNTHEP VONGSOURY, | |
| Defendant. | |

   On June 4, 2024, a Petition for Violation of Supervised Release was filed, alleging six violations of conditions of supervised release, including firearm possession, unauthorized association, unlawful use of a controlled substance, and failure to participate in drug treatment and to notify of a change in residence. On July 18, 2024, District Judge Thurston appointed attorney James R. Homola to represent Mr. VONGSOURY. On August 8, 2024, Mr VONGSOURY admitted Charges 1, 2, 5 and 6, with remaining charges to be dismissed at sentencing.

   On September 9, 2024, Mr. VONGSOURY's supervised release was revoked by District Court Judge Thurston, and he was sentenced to 10 months in custody, with no supervised release to follow.

   Mr. VONGSOURY is in BOP custody. There is no further action to be taken in this matter. Having completed his representation of Mr. VONGSOURY, CJA

attorney James R. Homola now moves to terminate his appointment under the Criminal Justice Act.

Dated: September 12, 2024          Respectfully submitted,

/s/ James R. Homola
JAMES R. HOMOLA
Attorney for Defendant

**ORDER**

Having reviewed the notice, and finding that attorney James R. Homola has completed the services for which he was appointed, the Court hereby grants attorney James R. Homola's request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California, at 2300 Tulare Street, Suite 330, Fresno California 93721.  The telephone numbers for that office are (559) 487-5561 (collect) or (858) 656-4360 (toll free).  If appropriate the office will arrange for the appointment of counsel to assist the Defendant.

The Clerk of the Court is directed to serve a copy of this order on Defendant VONGSOURY at the following address, and to update the docket to reflect Defendant's status and contact information.

    PORNTHEP VONGSOURY
    CVA McFarland
    254 Taylor Avenue,
    McFarland, CA 93250

**IT IS SO ORDERED**

Dated: September 12, 2024          

JENNIFER L. THURSTON
United States District Judge